UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

LONGWOOD AUTO, LLC, and
MICHAEL MORRIS,

    Plaintiffs,

v.                                                               Case No. 6:23-cv-2158-PGB-DCI

GERARDO TORRES, and
CMG AUTO AND TIRE SALES, LLC,

    Defendants.
_____ / /

## NOTICE OF IMMINENT SETTLEMENT AND MOTION FOR TEMPORARY STAY OF TWO IMMINENT DEADLINES

    Plaintiffs *Longwood Auto, LLC,* and *Michael Morris*, through their undersigned lead trial counsel, give the Court Notice of the imminent settlement of this lawsuit, and request a temporary nine (9) day stay of two court deadlines and obligations to enable them to finalize their settlement documents and file a notice of voluntary dismissal of this case. The undersigned makes the following statements in support of this notice and motion:

    1.    The parties and their counsel attended an early mediation of this matter on March 20, 2024, which was adjourned, but the parties have earnestly continued to work on resolution of this matter through the appointed mediator, Attorney Viktoria Collins.

2. The parties are in the process of circulating what Plaintiff believes will be either the final or next to final version of an agreement that will resolve all issues raised in the pleadings and which could have been raised by the Defendants had they filed a counterclaim.

3. The attorney and mediator anticipate completing this process – signing documents and resolving the initial conditions precedent of the settlement they have reached in principle, within the next seven days.

4. Plaintiffs respectfully request, on behalf of themselves and the Defendants, that the Court issue a temporary stay of two short-term deadlines – Plaintiffs' obligations to file a response to the pending motion to dismiss [DE-46], and the parties' respective obligations to exchange Rule 26 disclosures until April 19, 2024

5. This notice and motion are made in good faith, consistent with their obligations to keep the Court apprised of mediation and settlement discussions, and the requested relief will not cause any prejudice or unreasonable delay for the Court or any of the parties.

## RULE 3.01(G) CERTIFICATION

6. Attorney Jolynn Falto (one of the lawyers representing the two Plaintiffs) and Attorney Josue Merino (the attorney representing the two Defendants), met and conferred on April 9th about the Plaintiffs' request for an extension of time to file a response to the motion to dismiss [DE-46] considering the settlement discussions. Mr. Merino agreed to a ten-day extension, and thus the motion, in terms of asking for an extension to file the response to the motion to dismiss, is unopposed.

WHEREFORE, LONGWOOD AUTO LLC and MICHAEL MORRIS request that this Court grant the motion aspect of this case by suspending all court deadlines and obligations until April 19, 2024, to enable the parties to focus and complete the resolution of this lawsuit, together with such further and additional remedies this Court deems just under the circumstances.

Respectfully submitted,

*Kevin K. Ross-Andino*
_____
Kevin Kenneth Ross-Andino, Lead Trial Counsel
Florida Bar Number 0066214
email: kevin.ross@eclatlaw.com

*eclat law PA*
851 South State Road 434, STE 1070-321
Altamonte Springs, Florida 32714
Phone: (689) 214-0532
Facsimile: (888) 413-0249

*Trial Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court this *10th day of February 2024* by using the Federal Case Management/Electronic Case Files System (CM/ECF System). Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the CM/ECF Electronic Service List, via transmission of Notices of Electronic Filing generated by the CM/ECF System.

Respectfully submitted by:

*Kevin K. Ross-Andino*
_____
*Kevin Kenneth Ross-Andino*